In re HEARD. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) In the matter of the Heard accounting. No opinion. Motion for stay of proceedings granted. All concur, except ADAMS, J., not voting.

HEATH, Appellant, v. MEAD et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Harriet R. Heath against Louisa A. Mead and others. No opinion. Judgment affirmed, with costs.

HENRIQUES et al., Appellants, v. STERLING et al., Respondents. (Supreme Court, Appellate Division, First Department. April 15, 1898.) Action by Leila O. Henriques and another against John W. Sterling and others. Delos McCurdy, for. appellant. T. G. Shearman, for respondent.

PER CURIAM. The order upon the authority of which this judgment was granted was affirmed by this court at the January term of this year. Henriques v. Sterling, 26 App. Div. 30, 49 N. Y. Supp. 1071. That affirmance disposed of all the questions raised here, and requires the affirmance of this judgment, with costs.

In re HICKEY. (Supreme Court, Appellate Division, First Department. November Term, 1897.) In the matter of Patrick J. Hickey, deceased. No opinion. Motion granted, with $10 costs.

HILL, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1898.) Action by Thomas Hill, Jr., against Abram L. Warner.

PER CURIAM. Ordered that the case herein be remitted to the trial justice, to the end that the same may be amended so as to contain the exceptions, if any, taken by the defendant's counsel to the refusal of the court to submit certain questions of fact to the jury, and to the direction by the court of a verdict in favor of the plaintiff upon payment of the costs of the former argument, and $10 costs of this motion. And it is further ordered that, in the event that the case shall be settled in the manner above indicated, the defendant's motion for a reargument in this court is granted. All concur except HARDIN, P. J., and FOLLETT, J., dissenting. See 42 N. Y. Supp. 1126, 47 N. Y. Supp. 1138, and 48 N. Y. Supp. 1106.

FOLLETT, J. I dissent on the ground that the trial court cannot permit exceptions not in fact taken to rulings made on the trial to be inserted in the record after the conclusion of the trial, without the consent of both parties. Section 995 of the Code of Civil Procedure. The defendant does not assert that he actually took the exceptions which he now wishes to have inserted in the record. Again, the motion should be denied because of the laches of the defendant. The verdict was rendered September 12, 1895. December 15, 1896, the judgment entered on the verdict was affirmed by this court, and in the memorandum published on the following day (42 N. Y. Supp. 1126) it was stated that certain questions discussed could not be considered, because no exceptions were taken to the rulings. In the face of this the defendant appealed to the court of appeals, and, after withdrawing his appeal to that court, asks, in effect, that this court vacate its former judgment, and allow the defendant to go before the trial judge, resettle the case, and then bring his appeal before this court for a second review.

HARDIN, P. J., in dissenting, concurs with the views stated by FOLLETT, J., and also upon the ground that the appellant, by waiver and laches, ought not to be permitted to present the case again to the trial judge for resettlement.

HODECKER, Respondent, v. HODECKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Anna Hodecker against Frederick Hodecker. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw his demurrer and answer upon payment of the costs of the demurrer and of this appeal. See 46 N. Y. Supp. 1073.

In re HOSFORD et al. (Supreme Court, Appellate Division, Third Department. March 21, 1898.) In the matter of the judicial settlement of the accounts of J. Spencer Hosford and Edward P. Van Alstyne as executors of the last will of Barent Van Alstyne, deceased. No opinion. Decision modified so as to read: "Decree reversed; new trial or hearing before the surrogate granted; costs of this appeal to the appellant, payable out of the estate." See 50 N. Y. Supp. 550.

HUBBARD, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Elbert G. Hubbard against Frank H. Brown and others. No opinion. Judgment and order confirming the referee's report vacated for irregularity, without costs to either party.

In re HUMFREVILLE. (Supreme Court, Appellate Division, First Department. November Term, 1897.) In the matter of J. Lee Humfreville. No opinion. Motion denied. See 46 N. Y. Supp. 439.

In re JACKSON. (Supreme Court, Appellate Division, Second Department. March 8, 1898.) In the matter of the application of Gerald G. P. Jackson for admission to practice as an attorney and counselor at law, etc. No opinion. Evidence having been furnished that the applicant is a resident of the Second judicial department, the application is granted.